FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA-22-0490

IN RE THE MATTER OF THE ESTATE OF:

ALBERT J. LARGHI,

   Deceased.

ANTHONY CHARLES LARGHI and
MARY PATRICIA FLEMING,

   Foreign Ancillary Personal Representatives,

      Appellees,

MARISSA ROOT,

      Petitioner-Heir and Appellant.

---

## ORDER FOR EXTENSION OF TIME

---

On appeal from the Montana Twenty-First Judicial District Court, Ravalli County Cause No. DP-41-2009-0000053, the Honorable Jennifer B. Lint Presiding.

---

Don C. St. Peter
Michael O'Brien
ST. PETER LAW OFFICES, P.C.
2620 Radio Way P.O. Box 255
Missoula, MT 59808
Phone: (406) 728-8282
don@stplawoffices.com
mike@stplawoffices.com

   For Appellant

Megan S. Winderl
David T. Markette
MARKETTE & CHOUINARD P.C.
601 South First Street
PO Box 515
Hamilton, MT 59840
Phone: (406) 363-1110
meganw@mcpcattorneys.com
davidm@mcpcattorneys.com
   For Appellees

---

1

Upon consideration of Co-Personal Representatives'/Appellees' unopposed Motion, good cause appearing therefore, and pursuant to Rule 26(2) of the Montana Rules of Appellate Procedure, Co-Personal Representatives'/Appellees' are hereby granted an extension to file up to and including January 11, 2023 to file and serve their Response Brief.

DATED this _____ day of December, 2022

Cc:    Counsel of Record

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 8 2022